IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, CHARLOTTE MARIE HOGAN, and THOMAS SLADE HOGAN,<br><br>          Plaintiffs,<br><br>     v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, PATRICIA TOWNE, UNKNOWN LAW ENFORCEMENT OFFICERS, DOES 1-20, and THE COUNTY OF FRESNO, CALIFORNIA<br><br>          Defendants. | CIV- F-03-6408 AWI LJO<br><br>SUPPLEMENTAL ORDER ON COUNTY DEFENDANTS' MOTION TO DISMISS |

## **SUPPLEMENTAL ORDER**

On January 27, 2005, the Court granted County Defendants' motion to dismiss Plaintiffs' state law claims without prejudice. It has come to the Court's attention that a time limit for the Plaintiffs to file an amended complaint was inadvertently omitted. Plaintiffs have yet to file an amended complaint.

Accordingly, it is HEREBY ORDERED that:

1.  The Court's Order on County Defendants' Motion to Dismiss that was signed on January 27, 2005, is supplemented to grant Plaintiffs two weeks from the date of service of this supplemental order in which to file an amended complaint that sufficiently alleges compliance with the California Tort Claims Act; and

2.  The hearing date of May 23, 2005, on County Defendants' Motion For Clarification Of Order On County Defendants' Motion To Dismiss is VACATED in light of this supplemental order; and

3. County Defendants' Motion For Clarification Of Order On County Defendants' Motion To Dismiss is DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 26, 2005**            /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE