IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, CHARLOTTE-MARIE HOGAN, THOMAS SLADE HOGAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, PATRICIA TOWNE, et al.,<br><br>            Defendants. | CV F 03-6408 AWI LJO<br><br>ORDER MOVING MAY 23, 2005 HEARING TO MAY 31, 2005 |

    Plaintiffs' motion to have a guardian ad litem appointed in federal court has been set for hearing on May 23, 2005.  The court has determined that it is necessary to reschedule the hearing on Plaintiffs' motion.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 23, 2005, is VACATED, and the hearing on this matter is set for May 31, 2005 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:    May 18, 2005**                   /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE