Jerry D. Casheros, # 203897
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
PATRICIA TOWNE

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

2005 NOV 30  A 8: 15

CLERK, US DIST. COURT
EASTERN ... CALIF
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

KATHRYN HOGAN, CHARLOTTE-MARIE HOGAN, THOMAS SLADE HOGAN,

Plaintiffs,

v.

FRESNO COUNTY SHERRIF'S DEPUTY MICHAEL ROBINSON, PATRICIA TOWNE, UNKNOWN LAW ENFORCEMENT OFFICERS, DOES 1-20, THE COUNTY OF FRESNO, CALIFORNIA,

Defendants.

Case No.  CV-F-03-6408 AWI LJO

**STIPULATION TO CONDUCT DEPOSITION DISCOVERY BEYOND THAT PERMITTED IN FRCP § 30(d)(2)**

The parties to this action, through their attorneys of record, hereby stipulate to the following:

This case involves a wide variety of issues, both factual and legal. Throughout the course of discovery, a great number of documents have been exchanged by the parties. As such, the parties agree that it will be necessary to take a number of depositions to determine the factual and legal issues presented. The parties anticipate that these depositions will exceed in number the ten permitted by FRCP §30(A)(2)(A). Moreover, many of these depositions may exceed the seven hour limit imposed by FRCP §30(d)(2). Accordingly, the parties agree that the limitations set forth in FRCP §30(A)(2)(A) and FRCP §30(d)(2) are waived for purposes of this litigation.

1   This agreement may be executed in subparts.

2   Dated: November 17, 2005

_____
Kevin G. Little, Esq.
Attorney for Plaintiffs

9   Dated: November ___, 2005        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By_____
James D. Weakley
Attorneys for Defendant, COUNTY OF FRESNO

16   Dated: November 14, 2005        McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH, LLP

By_____
Jerry D. Casheros
Attorneys for Defendant, PATRICIA TOWNE

23   The foregoing is ordered, adjudged and decreed.

24   Dated: November ___, 2005

_____
U.S. District Court Judge
Eastern District of California

12402/00024-886062.v1                     2

STIPULATION TO CONDUCT DEPOSITION DISCOVERY BEYOND THAT
PERMITTED IN FRCP S CV-F-03-6408 AWI LJO

1  This agreement may be executed in subparts.

2  Dated: November _____, 2005

5
   _____
6  Kevin G. Little, Esq.
   Attorney for Plaintiffs

9  Dated: November 17, 2005          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

12  By_____
13      James D. Weakley
        Attorneys for Defendant, COUNTY OF FRESNO

16  Dated: November 14, 2005          McCORMICK, BARSTOW, SHEPPARD,
17                                    WAYTE & CARRUTH, LLP

19  By_____
20      Jerry D. Cashcros
        Attorneys for Defendant, PATRICIA TOWNE

23  The foregoing is ordered, adjudged and decreed.

24  Dated: November 29, 2005

27  _____
    U.S. District Court Judge
28  Eastern District of California
    12402/00024-886062.v1          U.S. MAGISTRATE JUDGE
                                   LAWRENCE J. O'NEILL

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION TO CONDUCT DEPOSITION DISCOVERY BEYOND THAT
PERMITTED IN FRCP S CV-F-03-6408 AWI LJO