IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al.,<br><br>            Defendants._____/ | CASE NO. CV-F-03-6408 AWI LJO<br><br>**ORDER ON PLAINTIFFS' MOTION TO COMPEL** (Doc 86) |

Plaintiffs' notice of motion seeks an order compelling the production of the Internal Affairs and personnel records of retired Fresno County Sheriff Deputy Michael Robinson. Defendants filed an opposition indicating that there has been a failure to meet and confer regarding this motion.

Fed.R.Civ.P. 37 requires that counsel "meet and confer" in an effort to resolve disputes regarding discovery or disclosure before bringing discovery motions. The moving party must include a certification that the movant has "in good faith conferred or attempted to confer" with the other party in an attempt to resolve the dispute without court action. Fed.R.Civ.P 37(a)(2)(B).

This Court's Local Rule 37-251(b) requires meeting and conferring and states in pertinent part:

> "[A] motion made pursuant to Fed. R. Civ. P. 26 through 37, including any motion to exceed discovery limitations or motion for protective order, shall not be heard unless (1) the parties have conferred and attempted to resolve their differences, and (2) the parties have set forth their differences and the bases therefor in a joint statement re discovery disagreement. Counsel for all interested parties shall confer in advance of the filing of the motion or in advance of the hearing of the motion in a good faith effort to resolve the differences that are the subject of the motion."

1

1  The evidence before the Court is that the parties did not meet and confer. Moreover, the parties did not
2  submit a Joint Statement re Discovery Disagreements to this Court, a further violation of this Court's
3  Local Rule.
4      Accordingly, the plaintiffs' motion to compel is DENIED, without prejudice.
5
6  **IT IS SO ORDERED.**
7  **Dated:   March 1, 2006**          /s/ Lawrence J. O'Neill
   **b9ed48**                          **UNITED STATES MAGISTRATE JUDGE**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28