IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 AWI LJO |
| Plaintiffs, | **ORDER CAUTIONING COMPLIANCE WITH LOCAL RULES** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

Plaintiffs' notice of motion seeks an order compelling the production of the Internal Affairs and personnel records of retired Fresno County Sheriff Deputy Michael Robinson. The Court cautions that motions made pursuant to Fed.R.Civ.P 26 through 37 must comply with this Court's Local Rule 37-251. Failure to comply will cause the motion to be dropped from the Court's calendar.

**IT IS SO ORDERED.**

**Dated:   March 30, 2006**           /s/ Lawrence J. O'Neill
**b9ed48**                  **UNITED STATES MAGISTRATE JUDGE**

1