1

2

3

4

5

6           **IN THE UNITED STATES DISTRICT COURT**

7           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    KATHRYN HOGAN, et al.,                         CASE NO. CV-F-03-6408 AWI LJO

10                    Plaintiffs,                   **ORDER ON PLAINTIFFS' MOTION TO**
                                                    **COMPEL PRODUCTION FOR SUBPOENA**
11          vs.                                     **TO RAYMOND LOVE**
                                                    (Doc. 95.)
12   FRESNO COUNTY SHERIFF'S
     DEPUTY MICHAEL ROBINSON,
13   et al.,

14                    Defendants.
                                              /
15

16          On March 29, 2006, plaintiffs filed their motion to compel Raymond Love ("Mr. Love") to

17   produce documents subject to plaintiffs' subpoena to a professional photocopy service for copying at

18   the service's facility.  Plaintiffs requested that their motion to compel be heard on shortened time in that

19   the only issue was whether the documents would be copied at the service's facility or where the

20   documents are kept.  Counsel for plaintiffs and Mr. Love agreed to address the dispute by an April 4,

21   2006 telephone conference with the Court.  Plaintiffs appeared by telephone by counsel Kevin G. Little.

22   Mr. Love appeared by telephone by counsel Catherine Sharbaugh.

23          According to plaintiffs, they would need to pay the photocopy service an additional $2,000 to

24   photocopy the documents where they are kept by Mr. Love instead of at the service's facility.  Mr. Love

25   does not want to release the documents to the service because he desires to control the documents and

26   has concerns to protect confidentiality.  Plaintiffs respond that the service is licensed and bonded to ally

27   Mr. Love's concerns.

28          Mr. Love fails to substantiate his concerns and the need to control possession of the documents

                                                    1

during photocopying.  On the basis of good cause, this Court:

     1.    ORDERS Mr. Love to produce the subpoenaed documents to plaintiffs' licensed, bonded photocopy service for copying at the service's facility; and

     2.    DIRECTS this Court's clerk to serve a copy of this order on Catherine Sharbaugh, 5151 North Palm Avenue, Suite 820, Fresno, CA 93704.

**IT IS SO ORDERED.**

**Dated:**    **April 4, 2006**               **/s/ Lawrence J. O'Neill**
**66h44d**                          **UNITED STATES MAGISTRATE JUDGE**