1  James D. Weakley, Esq.      Bar No. 082853
   Michael R. Linden, Esq.     Bar No. 192485
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, COUNTY OF FRESNO
   and MICHAEL ROBINSON
8

9

10                    UNITED STATES DISTRICT COURT
11
                 EASTERN DISTRICT OF CALIFORNIA, FRESNO
12

13 KATHRYN HOGAN and CHARLOTTE-      ) CASE NO.  CIV-F-03-6408 AWI LJO
   MARIE HOGAN,                      )
14                                   )
              Plaintiffs             ) **PROTECTIVE ORDER RE. PRIVILEGED**
15                                   ) **DOCUMENTS ORDERED PRODUCED**
          vs.                        ) **PURSUANT TO COURT'S IN CAMERA**
16                                   ) **REVIEW**
   FRESNO COUNTY SHERIFF'S DEPUTY    )
17 MICHAEL ROBINSON, PATRICIA        )
   TOWNE, UNKNOWN LAW                )
18 ENFORCEMENT OFFICERS, DOES 1-20,  )
   THE COUNTY OF FRESNO,             )
19 CALIFORNIA,                       )
                                     )
20            Defendants.            )
                                     )
21 _____    )

22         WHEREAS, plaintiffs KATHRYN HOGAN and CHARLOTTE-MARIE HOGAN

23 ("Plaintiffs") have sought discovery of various confidential Fresno County Sheriff's Department

24 documents, and the Court has ordered the production of a portion of the documents sought to be

25 produced, identified as follows:

26         1.      Internal Affairs investigation of defendant MICHAEL ROBINSON re. Citizen

27 Complaint of plaintiff KATHRYN HOGAN, Bates stamp nos. 16-99;

28 ///

_____
Protective Order

1    2.    Internal Affairs "re other elder abuse claim," Bates stamp nos. 28-266.

     IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record, that any portions of the documents described above that have been ordered to be produced to Plaintiffs are subject to the following Protective Order:

     1.    The disclosed documents shall be used solely in connection with the civil case of *Kathryn Hogan, et al. v. Fresno County Sheriff's Deputy Michael Robinson, et al.*, filed in the United States District Court, Eastern District of California,  Case No. CIV-F-03-6408 AWI  LJO, in the preparation and trial of this case, or any related proceeding, and not for any other purpose or in any other litigation.

     2.    The documents may only be disclosed to the following persons:

          a)    Counsel for Plaintiffs;

          b)    Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters retained in connection with this action;

          c)    Court personnel including stenographic reporters engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

          d)    Any expert or consultant retained in connection with this action;

          e)    The finder of fact at the time of trial subject to the court's rulings on in limine motions and objections of counsel.

     3.    This Protective Order is without prejudice to the right of any party to oppose production or inadmissibility of documents or information for any legal reason.

     4.    Each person to whom disclosure is made with the exception of counsel, who are presumed to know the contents of this Protective Order shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of the Protective Order.  Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of the Protective Order.  Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Protective Order, including

1   without limitation, any proceeding for contempt. Provisions of this Protective Order, insofar as they

2   restrict disclosure and use of the material, shall be in effect until further order of this Court.

3       5.      To the extent that any pleading, exhibit or other document contains any documents

4   subject to this Protective Order (or information taken from any documents subject to this Protective

5   Order), it is to be filed with the Court, and the party making such a filing shall designate the

6   material for filing under seal, and all copies shall be kept in confidence as provided in this

7   Protective Order by any party on whom the filing is served.

8       6.      After the conclusion of this litigation, all documents, in whatever form stored or

9   reproduced, containing information received pursuant to the provisions of this Protective Order will

10  remain under seal.  All parties also ensure that all persons to whom documents subject to this

11  Protective Order were disclosed shall return all such documents to the producing party.  The

12  conclusion of this litigation means a termination of the case following applicable post-trial motions,

13  appeal and/or retrial.  After the conclusion of this litigation, all confidential documents received

14  under the provisions of this Protective Order, including copies made, shall be destroyed, or tendered

15  back to the attorneys for defendants COUNTY OF FRESNO and MICHAEL ROBINSON.

16  Respectfully submitted,

17

    DATED: June 5,  2006

18
                                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP
19

20

21                                  By:    /s/ James D. Weakley
                                           James D. Weakley
                                           Michael R. Linden
22                                         Attorneys for Defendants

23

24  DATED: May 12, 2006

25                                  LAW OFFICE OF KEVIN G. LITTLE

26

27                                  By:    /s/ Kevin G. Little
                                           Kevin G. Little
28                                         Attorneys for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED.

**Dated:**   **June 6, 2006**                          **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE