**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 AWI LJO |
| Plaintiffs, | **ORDER RE DEPOSITION SCHEDULE, PROTECTIVE ORDER AND MODIFYING THE SCHEDULING ORDER** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

This Court conducted an informal discovery conference on November 28, 2006 in Department 8 pursuant to the stipulation of the parties. Plaintiffs Kathryn Hogan, Charlotte-Marie Hogan and Thomas Slade Hogan appeared by counsel Kevin G. Little. Defendants County of Fresno and County Sheriff's Deputy Michael Robinson appeared by counsel James Weakley, Weakley, Ratliff, Arendt & McGuire, LLP. Defendant Patricia Towne appeared by counsel Jerry D. Casheros, McCormick, Barstow, Sheppard, Wayte & Carruth, LLP. The parties sought to resolve conflicts in setting certain depositions and modifying the scheduling order. Having considered the parties' moving papers, as well as the arguments of counsel and the Court's file, the Court issues the following order.

**Deposition dates.** The depositions are set as follows. The deposition for defendant Michael Robinson is SET for December 27, 2006 at 9:00 a.m. in the law office of Weakley, Ratliff, Arendt & McGuire. The deposition for Kathryn Hogan is SET for January 3 and January 4, 2007 at 9:00 a.m. at a Court reporter's office in the Sacramento area. The deposition of Charlotte-Marie Hogan is SET for January 5, 2007 at 9:00 a.m. at a Court reporter's office also in the Sacramento area. Notice as to the

Sacramento area depositions is to be provided by counsel for Ms. Towne within five days of November 28, 2006. The notice should include not only the Court reporter's address but also driving directions.

**Video Deposition of Defendant Robinson**. The Court has been informed that the deposition of Defendant Robinson has been noticed for videotaping. Should plaintiffs elect to videotape the deposition, Defendant Robinson has requested a protective order.

Based on the parties' stipulation at the time of the hearing and good cause shown, the Court issues a protective order as follows. The videotaped deposition of defendant Robinson may only be used by the parties and counsel solely for purposes of this litigation. Should the deposition be lodged with the Court, the video shall be lodged with the Court with an indication that it is to be lodged under seal.

**Modification of the Scheduling Order**. For good cause shown, the Court modifies the scheduling order as follows:

| | |
|---|---|
| Non-expert discovery cut-off | February 12, 2007 (new date) |
| Expert discovery cut-off | April 2, 2007 (new date) |
| Dispositive motion filing deadline | April 20, 2007 (unchanged) |
| Trial | July 17, 2007 (unchanged). |

IT IS SO ORDERED.

**Dated:   November 28, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE