Jerry D. Casheros, # 203897
Anil Pai, #234189
McCormick, Barstow,
Sheppard Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
PATRICIA TOWNE, CPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| KATHRYN HOGAN, CHARLOTTE-MARIE HOGAN, THOMAS SLADE HOGAN,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY  MICHAEL ROBINSON, PATRICIA TOWNE, UNKNOWN LAW ENFORCEMENT OFFICERS, DOES 1-20, THE COUNTY OF FRESNO,  CALIFORNIA,<br><br>　　　　　Defendants. | Case No.  CV-F-03-6408 AWI LJO<br><br>**STIPULATION REGARDING EXPERT WITNESS DISCLOSURE AND DISPOSITIVE MOTION DEADLINES**<br><br>The Honorable Lawrence J. O'Neill |

By Scheduling Order of November 28, 2006, the deadline for Designation of Experts in this action is February 5, 2007,  the deadline for Expert Witness discovery is April 2, 2007, and the deadline for Dispositive Motions is April 20, 2007. With that background, the parties anticipate the scheduling  of several depositions, certain of which are out of state, which will take place over the next 60 days. Accordingly, the parties agree that the deadline for expert witness designations, expert witness discovery, and dispositive motions should be moved back

by thirty days. The parties therefore stipulate to the following:

1. The deadline for designation of experts, formerly February 5, 2007, is now March 5, 2007.

2. The deadline for expert witness discovery, formerly April 2, 2007, is now on May 2, 2007.

3. The deadline for the filing of dispositive motions, formerly April 20, 2007, is now on May 21, 2007.

Dated: January 23, 2007

McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP

By: **s/Jerry D. Casheros** Jerry D. Casheros

Attorneys for Defendant PATRICIA TOWNE

Dated: January 23, 2007

WEAKLEY & RATLIFF

By: **S/James Weakly** Jim Weakley

Attorneys for Defendant Michael Linden COUNTY OF FRESNO and MICHAEL ROBINSON

Dated: January 23, 2007

By: s/Kevin G. Little

Attorneys for Kevin G. Little Plaintiffs KATHRYN HOGAN and CHARLOTTE MARIE HOGAN

1051064.v1

ORDER REGARDING STIPULATION

1. GOOD CAUSE SHOWING, THE FOREGOING IS SO ORDERED

IT IS SO ORDERED.


**Dated:   January 24, 2007**              /s/ Lawrence J. O'Neill

66h44d                                                    UNITED STATES MAGISTRATE JUDGE