IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 AWI LJO |
| Plaintiffs, | **ORDER DIRECTING THE CLERK TO SEAL DOCUMENTS** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

The Court has received notice that documents have been filed (Doc. 126) which should have been filed under seal pursuant to this Court's Protective Order. (Doc. 104.) Upon review of the documents, the Court finds the documents should be filed under seal. Accordingly, the clerk of the Court is DIRECTED to seal the documents filed in the Court's docket as Document 126.

IT IS SO ORDERED.

**Dated:   February 7, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES DISTRICT JUDGE

1