IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 AWI LJO |
| Plaintiffs, | **ORDER FOR COUNSEL TO RETRIEVE EVIDENCE** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

The Court received and reviewed the letter dated February 22, 2007 from the law offices of McCormick Barstow. The Court also acknowledges that it received an original general ledger, which was hand- delivered by defense counsel. The Federal Court is not, however, a depository for potential evidence. Should the parties require a neutral third party depository, they may agree by stipulation or request the Court, at the parties' expense, to appoint one.

In either event, **the ledger must be retrieved by the counsel who delivered it within ten (10) calendar days**. At the time it is retrieved, counsel will be required to provide a signed receipt that will then be filed with the Clerk of Court.

IT IS SO ORDERED.

1

| | |
|---|---|
| **Dated:   February 23, 2007** | **/s/ Lawrence J. O'Neill** |
| b9ed48 | UNITED STATES DISTRICT JUDGE |