IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **ORDER VACATING MARCH 2, 2007 HEARINGS AND NOTICE TO PARTIES TO FILE REQUEST** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

Plaintiffs filed a Motion for Reconsideration of this Court's January 12, 2007 Order on Motion to Compel Further Deposition Testimony of Defendant Robinson.  At the time this Court issued the order, the undersigned was a United States Magistrate Judge. Plaintiffs further filed a Motion to Compel the Deposition of Marveline Breech.  This Court set a hearing for each of these motions on March 2, 2007.  For the following reasons, this Court VACATES the March 2, 2007 hearings..

Due to the recent elevation of Lawrence J. O'Neill as United States District Judge, the undersigned shall no longer entertain the Motion to Compel Deposition of Marveline Breech.  That motion should be considered by the newly assigned Magistrate Judge in this case. **Therefore, the March 2, 2007 hearing on the Motion to Compel Deposition is VACATED.  A  date for this hearing should b e RE-SET with the Magistrate Judge.**

1  The more complicated situation arises with regard to the Motion for Reconsideration of
2  the January 12, 2007 order. Under ordinary circumstances, pursuant to F.R.C.P. 72(a) and L.R. 72-
3  303(c), the Motion for Reconsideration would not go back to the Magistrate Judge for review. Rather,
4  it would go to the District Judge assigned to the case. In the instant matter, we have a peculiar
5  procedural case. The Magistrate Judge then assigned, due to elevation, is now the District Judge
6  assigned to the case. The result is that there is a pending request for a District Judge to review his own
7  order.

8  **Within ten (10) day, counsel are to file any request they deem appropriate under these**
9  **circumstances. In the meantime, the March 2, 2007 hearing on the Motion for Reconsideration**
10 **is hereby VACATED.**

12 IT IS SO ORDERED.

13 **Dated:   February 26, 2007**           /s/ Lawrence J. O'Neill
   b9ed48                              UNITED STATES DISTRICT JUDGE

2