IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHRYN HOGAN, et al.,

    Plaintiff,

vs.

DEPUTY MICHAEL ROBINSON, et al.,

    Defendants.

CV F 03 6408  LJO WMW

ORDER RE MOTION TO COMPEL DEPOSITION OF MARVELINE BREECH

    On March 8, 2007, the Honorable William M. Wunderlich heard Defendant Patricia Towne's Motion to Compel the Deposition of Marveline Breech. The parties appeared telephonically through their respective counsel. Attorney Kevin Little appeared on behalf of Plaintiffs. Attorney Michael Linden of Weakley, Ratliff, Arendt & McGuire appeared on behalf of Defendants Michael Robinson and County of Fresno. Attorney Jerry Casheros of McCormick, Barstow, Sheppard, Wayte & Carruth LLP appeared on behalf of moving party, Patricia Towne. After considering the submitted paperwork and entertaining oral argument, the Court rules as follows:

    The Motion to Compel the Deposition of Marveline Breech is granted. The Court finds that the deposition of Ms. Breech is calculated to lead to the discovery of admissible evidence, as set forth in the moving papers.

1  To the extent that Ms. Breech consulted with Plaintiff's counsel, Kevin Little, in
2 an attorney-client capacity, those specific consultations are privileged.  Consistent with this
3 court's order, the parties reserve their respective rights to question the witness on such
4 communications, or object to such questioning, as the testimony unfolds.

8 IT IS SO ORDERED.

9 **Dated:  April 17, 2007**         /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE

2