IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | |
|     Plaintiff, | CV F 03 6408 LJO WMW |
| vs. | ORDER SETTING STATUS CONFERENCE |
| DEPUTY ROBINSON, et al., | |
|     Defendants. | |

In this action, a settlement conference was set for May 10, 2007, at 1:30 p.m. in Dept. 8. The court did not receive a settlement conference statement from Plaintiff. Accordingly, the settlement conference is taken off calendar, and this matter is set for a status conference on May 10, 2007, at 2:00 p.m. in Dept. 8.

IT IS SO ORDERED.

Dated:   May 8, 2007              /s/  William M. Wunderlich
                                                          UNITED STATES MAGISTRATE JUDGE