1

2

3

4

5

6                **IN THE UNITED STATES DISTRICT COURT**

7             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  KATHRYN HOGAN, et al.,                    CASE NO. CV-F-03-6408 LJO WMW

10              Plaintiffs,            **ORDER ON PLAINTIFFS' AND
                                       PLAINTIFFS' COUNSEL'S REQUEST TO**
11       vs.                           **SHORTEN TIME**

12  FRESNO COUNTY SHERIFF'S
    DEPUTY MICHAEL ROBINSON,
13  et al.,

14              Defendants.
    _____/
15

16         Having read and reviewed Plaintiffs' and Plaintiffs' counsel's request to have the motion for

17  reconsideration of the April 26, 2007 order heard on shortened notice (Doc. 185), this Court finds no

18  evidence that Plaintiffs' counsel has complied with Local Rule 6-144(e), which reads in pertinent part:

19         Ex parte applications to shorten time will not be granted except upon affidavit of counsel
           showing a satisfactory explanation for the need for issuance of such an order and **for the**
20         **failure of counsel to obtain a stipulation for the issuance of such an order from
           other counsel** or parties in the action.  (Bold added.)
21

22  There is no evidence that counsel has met and conferred with opposing counsel regarding his request

23  for a hearing on shortened time and no explanation in the affidavit for counsel's failure to obtain such

24  a stipulation.  Counsel must evidence compliance with this rule before this Court will consider the

25  motion.  Accordingly, this Court DENIES the ex parte request to hear the reconsideration motion on

26  shortened time.

27

28         IT IS SO ORDERED.

                                         1

1    **Dated:    May 11, 2007**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28