# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **ORDER ON EX PARTE MOTION** |
| vs. | **FOR RECONSIDERATION** |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | Hearing Date: Thursday, May 17, 2007<br>Hearing Time: 1:30 p.m.<br>Courtroom: 4 (LJO) |
| Defendants. / | |

On May 10, 1007, Plaintiffs and Plaintiffs' Counsel filed a motion for reconsideration of the April 26, 2007 Order by the Magistrate Judge, which granted Defendants' motion to preclude expert witness testimony (Doc. 159), granted Defendant Patricia Towne's motion to strike Plaintiffs' expert witness disclosure (Doc. 160), denied Plaintiffs' counsel's motion to withdraw (Doc. 164) and denied Plaintiffs' motion for appointment of Bradshaw counsel or certify order of April 17, 2007 for appeal (Doc. 164). On May 11, 2007, Plaintiffs and Plaintiffs' counsel renewed that motion, having demonstrated compliance with Local Rule 6-144(e). The record now indicates that all counsel agree to an ex parte hearing on shortened time for this motion for reconsideration. Therefore, this Court ORDERS:

    I.    Plaintiffs and Plaintiffs' counsel's motion for an ex parte hearing on shortened time is GRANTED;

    II.    A hearing on the motion for reconsideration is set for Thursday, May 17, 2007 at 1:30 p.m. in Courtroom 4 (LJO);

    III.    Opposition for the motion for reconsideration shall be filed no later than Wednesday,

May 16, 2007 at 4:00 p.m;

IV.  The deadline for filing dispositive motions shall be extended to May 24, 2007; and

V.  Plaintiffs' counsel's request for filing medical documents under seal is GRANTED and shall be filed with this court by Wednesday, May 16, 2007 at 3:00 p.m.

.IT IS SO ORDERED.

**Dated:   May 14, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE