# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **REQUEST FOR MAGISTRATE JUDGE REASONS** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

On May 10, 1007, Plaintiffs and Plaintiff's Counsel filed a motion for reconsideration of the April 26, 2007 Order by the Magistrate Judge, which granted Defendants' motion to preclude expert witness testimony (Doc. 159), granted Defendant Patricia Towne's motion to strike Plaintiffs' expert witness disclosure (Doc. 160), denied Plaintiffs' counsel's motion to withdraw (Doc. 164) and denied Plaintiffs' motion for appointment of Bradshaw counsel or certify order of April 17, 2007 for appeal (Doc. 164). The order by the Magistrate Judge was entered into the court docket by minute order (Doc. 178). Because Plaintiffs request reconsideration of that order, and the reasons the Magistrate Judge relied upon in deciding the four motions, this Court requests that the Magistrate Judge issue reasons for its April 26, 2007 order for all motions thereof disposed.

Counsel have also requested an <u>ex parte</u> hearing on shortened time for this motion for reconsideration. This Court has granted the motion for an <u>ex parte</u> hearing and will hear the motion for reconsideration on Thursday, May 17, 2007 at 1:30 p.m. Therefore, this Court requests that the Magistrate Judge offer its reasons for the April 26, 2007 Order by Wednesday, May 16, 2007.

IT IS SO ORDERED.

Dated:   May 14, 2007                                /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE