IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **ORDER FOR MAY 17, 2007 HEARING** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. | |

The Court has read and reviewed the following documents: (a) the 16-page memorandum, opinion and order filed by the Magistrate Judge on May 15, 2007 relating to the April 26, 2007 order (Doc. 195); (b) Dr. Markovitz's 3-page declaration filed under seal with this Court on May 15, 2007; (c) Dr. Markovitz's 1-page letter dated May 12, 2007; (d) Plaintiffs' counsels 27-page memorandum of points and authorities in support of the instant motion for reconsideration (Doc. 185); and (e) a 12-page declaration of Kevin Little which accompanied the aforementioned memorandum in support of the motion for reconsideration. The Court ORDERS as follows:

   I.   The declaration of Dr. Markovitz raises issues that require exploration and inquiry by this Court. **Plaintiffs' counsel shall have Dr. Markovitz attend the hearing on Thursday, May 17, 2007 at 1:30 p.m. to answer questions under oath.** This portion of the hearing shall be conducted *in camera*;

   II.  There must be compliance with Local Rule 83-182(d) concerning notice to the Plaintiffs of the issues involving what may result in the Plaintiffs representing themselves. The

notice requirement is to protect litigants such as the Plaintiffs in this case. **Plaintiffs' counsel shall present to this Court the required affidavit as described in Local Rule 83-182(d)**;

    III.    **Plaintiffs' counsel is ordered to provide to the Court the emails that are referred to in Footnote 5 of his Memorandum of Points and Authorities in Support of the Motion for Reconsideration (Doc. 185, p. 5, n.5).** They are to be brought to the hearing scheduled for May 17, 2007. This order is in contemplation of scheduling an evidentiary hearing wherein counsel Ratzlaff will testify about what is an allegation by counsel Little against the honor of this Court; and

    IV.    **Counsel Little is ordered to be prepared at the hearing scheduled for May 17, 2007 to indicate if he has sought to be relieved as counsel on any of his other civil or criminal cases, and if so, which such cases.**

IT IS SO ORDERED.

**Dated:   May 15, 2007**                             /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE