**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KATHRYN HOGAN; CHARLOTTE - MARIE HOGAN; THOMAS SLADE HOGAN;** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON; PATRICIA TOWNE; UNKNOWN LAW ENFORCEMENT OFFICERS; DOES 1- 2; THE COUNTY OF FRESNO, CALIFORNIA;** )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>)<br>)<br>)<br>_____ ) | 1:03-CV-06408-LJO WMW<br><br>**ORDER RE PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>[Doc. 165]<br><br>Further objections due:<br>May 21, 2007<br><br>Reply due:<br>May 25, 2007 |

   This is a civil action for damages pursuant to 42 U.S.C. Section 1983.  On April 19, 2007, Plaintiffs filed a motion to compel compliance with a subpoena served on third party California Board of Accountancy ("Board of Accountancy").  Plaintiffs requested that the matter be heard on shortened time, asking that it be heard on April 26, 2007.  On April 23, 2007, the Board of Accountancy filed an objection to the motion being heard on shortened

1   time, providing a declaration that Counsel would be unavailable on April 26, 2007.  The
2   Board of Accountancy also filed brief objections to the motion to compel.   On the same
3   day, the court entered an order taking the matter off calendar.  Finally, also on April 23,
4   2007, Plaintiffs filed a response to the Board of Accountancy's objections.

In its objections, the Board of Accountancy asks that it be given the opportunity to provide a "meaningful response" to Plaintiffs' motion.  Accordingly, the Board of Accountancy is HEREBY GRANTED until 4:00 p.m. on Monday, May 21, 2007, to file and serve any additional objections to Plaintiffs' motion to compel.  Plaintiffs are HEREBY GRANTED until 4:00 p.m. on Friday, May 25, 2007, to file a reply to the objections.  The court will thereafter take this matter under submission and rule on the matter as quickly as possible, in order to facilitate the progress of this case.

IT IS SO ORDERED.

**Dated:  May 15, 2007**                             /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE