IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **ORDER ON REQUESTS TO FILE BRIEF IN EXCESS OF 25 PAGES** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

On May 17, 2007, Defendant Patricia Towne filed a Request for Leave of Court to File Briefs in Excess of 25 Pages in Length (Doc. 204). Defendant Towne bases the request on the fact that the motion for summary judgment will be made in the context of a case involving massive discovery, tens of thousands of documents, and at least six legal challenges to the Complaint. Defendant Towne further requests leave to file a brief in excess of 25 pages for a Motion for Attorneys' Fees. Defendant Towne claims that a brief of 45 pages is necessary to prove that this case is patently frivolous.

On May 18, 2007, Defendants Michael Robinson and County of Fresno filed a Request for Leave of Court to File Brief in Excess of 25 pages in length. For similar reasons as Defendant Towne, Defendants Robinson and County of Fresno request leave to file a Motion for Summary Judgment not to exceed 35 pages. For good cause shown, the Court ORDERS:

(I) Defendant Towne's request to file a motion for summary judgment memorandum of points and authorities in excess of 25 pages is GRANTED. Defendant Towne's memorandum shall not exceed 35 pages;

1   (II)   Defendant Towne's request to file a Motion for Attorney's Fees, with a supporting memorandum in excess of 25 pages is DENIED.  Defendant Towne need not file this motion concurrently with the motion for summary judgment; and

(III)   Defendant Robinson and Defendant County of Fresno's request to file a memorandum of points and authorities in excess of 25 pages is GRANTED.  The memorandum shall not exceed 35 pages.

IT IS SO ORDERED.

**Dated:**   **May 21, 2007**                **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE