1
2
3          **IN THE UNITED STATES DISTRICT COURT**
4          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
5

| | |
|---|---|
| 6   KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| 7                    Plaintiffs, | **ORDER SETTING EX PARTE HEARING FOR FRIDAY, MAY 25, 2007; ORDER REQUIRING PLAINTIFFS TO FILE FAX NUMBER, EMAIL ADDRESS, OR OTHER CONTACT INFORMATION WITH THE COURT** |
| 8 | |
| 9 | |
| 10                   vs. | Hearing Date: May 25, 2007 |
| 11   FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, | Hearing Time: 1:10pm Courtroom: 4 (LJO) |
| 12   et al., | |
| 13                    Defendants. | |

14

15          Defendants jointly filed an Ex Parte Application Order Allowing Supplementation of Motions

16   for Summary Judgment (Doc. 212-1).  Plaintiffs, now proceeding IN PRO PER, have expressed to

17   counsel that they oppose all outstanding motions.  (See Doc. 212-3).  **Therefore, a hearing on the ex**

18   **parte application is hereby set for May 25, 2007 at 1:10 p.m.**  Counsel and parties may appear

19   telephonically by arranging a one-line call and dialing (559) 499-5960.

20          Further, this Court notes that notice by Plaintiffs can only be effectuated by mail at this time.

21   The Court will send a copy of this order to the following email address belonging to Plaintiff Kathryn

22   Hogan, as evidenced by the email exchange in Doc. 212-3: kayhogan@gmail.com.  **Plaintiffs are**

23   **further ordered to file with the Clerk of Court an email address or a fax number so that this Court**

24   **may effectuate immediate notice to Plaintiffs in the future.**

25   IT IS SO ORDERED.

26   **Dated:    May 24, 2007**          _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
27
28

                                    1