IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, vs. | **ORDER GRANTING EX PARTE MOTION: ORDER SETTING HEARING FOR MOTION TO DISMISS HEARING; ORDER RE-SETTING MOTION FOR SUMMARY JUDGMENT HEARING** |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

On May 30, 2007, Defendants jointly filed an ex parte motion to shorten time on a motion to dismiss. Currently, the Court has a motion for summary judgment hearing scheduled for June 29, 2007 and a trial scheduled for July 23, 2007. As these deadlines approach, it is in the best interest of this Court as well as all parties to have a determination on the motions to dismiss as quickly as practicable. Further, the motions to dismiss focus on a limited issue. Therefore, the Court hereby ORDERS:

    (1) Defendants ex parte motion to hear the motion to dismiss on shortened time is GRANTED (Doc. 238);

    (2) a hearing on the Motion to Dismiss shall be SET for June 22, 2007 at 8:30 a.m. in Courtroom 4 (LJO);

    (3) Plaintiffs shall file and serve opposition to the motions to dismiss no later than June 15, 2007;

1  (4) Defendants shall file and serve a response to the motions to dismiss no later than June
2       19, 2007; and
3  (5) the hearing on the Motion for Summary Judgment is RESET to July 6, 2007 at 8:30 a.m.
4       in Courtroom 4 (LJO).

IT IS SO ORDERED.

**Dated:   May 31, 2007**                    /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE