Jerry D. Casheros, # 203897  
McCormick, Barstow, Sheppard  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:     (559) 433-1300  
Facsimile:      (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant  
PATRICIA TOWNE  

UNITED STATES DISTRICT COURT  

EASTERN DISTRICT  

| | |
|---|---|
| KATHRYN HOGAN, CHARLOTTE-MARIE HOGAN<br><br>    Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, PATRICIA TOWNE, ET AL.,<br><br>    Defendants. | Case No.  CV-F-03-6408 LJO NEW<br><br>**EX PARTE REQUEST FOR ORDER ALLOWING PATRICIA TOWNE'S BRIEF TO EXCEED 25 PAGES IN LENGTH, AND ORDER THEREON** |

      As the Court recalls, it has recently dismissed Kathryn Hogan as a plaintiff in this action, entering judgment against her in favor of the defendants. As this matter involved a claim for §1983 relief, Towne intends to file a Motion for Attorneys' Fees, which needs to be filed on or about September 28, 2007.

      In accordance with this Court's Standing Order of May 3, 2007, defendant Towne respectfully seeks Ex Parte leave of Court for an Order allowing the Motion for Attorneys' Fees to exceed 25 pages.

      First, this request is made in the context of a case involving massive discovery.  During the course of discovery, plaintiffs alone identified over 100 witnesses and produced tens of thousands of documents.  Many of the documents involved were accounting records which spanned over a several year period of time. The parties took dozens of depositions to investigate the allegations made. At day's end, this lawsuit has been pending since October 2003.

With that in mind, defendant does not believe that the Motion for Attorneys' Fees (MAF) can be accomplished in 25 pages. We base the MAF on the premise that this case is patently frivolous and was brought and maintained in bad faith. To demonstrate that, the Motion will provide deposition testimony from dozens of witnesses and will supply and analyze many documents. There is also an underlying state Probate Court proceeding, intimately tied to this matter, whose rulings are germane to the federal court lawsuit.

The MAF will also provide the Court with analysis demonstrating that the attorneys' fees incurred in this matter, totaling well into the six figure range, were reasonable and necessary.

As such, we would respectfully ask that the limit on this Motion be set at 45 pages. We apologize for the high nature of this request, but only make it due to the voluminous deposition and discovery materials which we will need to present to the Court.

Respectfully Submitted,

Dated: September 24, 2007

McCORMICK, BARSTOW,
SHEPPARDWAYTE & CARRUTH LLP

By: _____s/Jerry D. Casheros_____
Jerry D. Casheros
Attorneys for Defendant
PATRICIA TOWNE

## ORDER

Defendant fails to justify the need to burden this Court with excessive briefing of 45 pages. This Court GRANTS defendant up to 40 pages to brief her motion **on the condition that defendant's brief is concise, succinct and well organized.**

IT IS SO ORDERED.

Dated:   **September 24, 2007**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE