IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, *et al.*, | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **CLARIFICATION** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. | |

Directing the clerk of court to close the case is an administrative procedure which does not affect a party's ability to file post-judgment papers.

IT IS SO ORDERED.

**Dated:   October 17, 2007**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1