# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, *et al.*, | CASE NO. CV-F-03-6408 LJO GSA |
| Plaintiffs, | **ORDER ON DEFENDANT'S REQUEST FOR ORAL ARGUMENT** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. | |

On November 13, 2007, Defendant Patricia Towne ("Defendant") filed a request for oral argument pertaining to the current motion for attorneys' fees as to Charlotte-Marie Hogan (Doc. 324). Defendant requests oral argument to discuss the merits of the case and to demonstrate that the prolongation and complexity of the case "was due solely to the improper and baseless arguments made by plaintiffs." Further, Defendant wishes to address issues raised by the Court in its Order Denying Defendants' Motions for Attorneys' Fees as to Kathryn Hogan (Doc. 323), which issued after Defendant filed her brief in support of the instant motion.

In support of the attorneys' fees motions, Defendant has submitted over 45 pages of argument and hundreds of supporting documents. The Court has read and reviewed these materials thoroughly. Plaintiff Charlotte-Marie Hogan ("Ms. Hogan") has not filed an opposition to the instant motion, although the time do so has not elapsed. If Ms. Hogan does not file an opposition, she will not be entitled to appear at oral argument, per this Court's local rules.

Based on these considerations, the Court orders:

1. If Ms. Hogan files a timely opposition to the instant motion, the Court will grant Defendant's request and conduct oral argument on November 30, 2007, as currently scheduled.

2. If Ms. Hogan does not file an opposition to the instant motion, counsel for Defendant is ordered to file a supplemental brief to address specifically what can or will be presented in oral argument that has not already been presented in the previously filed materials (See Docs. 298, 302 [Ex. A-JJJ], 317). If required, Defendant's supplemental brief shall be filed no later than November 27, 2007. Upon receipt and review of Defendant's supplemental brief, the Court will reconsider Defendant's current request.

IT IS SO ORDERED.

**Dated:   November 15, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE