# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **ORDER FOR ADDITIONAL BRIEFING** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

On October 23, 2007, Defendant Ms. Towne ("Ms. Towne") filed a motion for attorneys' fees as to Plaintiff Charlotte-Marie Hogan ("Ms. Hogan"). On October 24, 2007, Defendants County of Fresno and Detective Michael Robinson (collectively "County Defendants") filed their motion for attorneys' fees as to Ms. Hogan. Ms. Towne filed a supplemental memorandum in support of this motion on November 27, 2007, pursuant to this Court's November 15, 2007 order on Ms. Towne's request for oral argument. The Court has read and reviewed the points and authorities and accompanying declarations and evidence in this matter, and ORDERS as follows:

1. The November 30, 2007 hearing is VACATED;

2. The Court will not consider joint and several liability on attorneys' fees. Therefore, **Ms. Towne and County Defendants are ORDERED to file and serve, no later than December 14, 2007, supplemental briefs and/or declarations** to specify the amount of attorneys' fees requested as to Ms. Hogan only, accompanied by reasons for the request; and

1

3. Once the Court has read and reviewed the supplemental briefs/declarations, the Court will reconsider Ms. Towne's November 13, 2007 request for oral argument.

IT IS SO ORDERED.

Dated:   **November 28, 2007**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE