IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, *et al.*,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV-F-03-6408 LJO GSA<br><br>**ORDER ON DEFENDANTS' REQUEST TO FILE UNDER SEAL BILLING ENTRIES** |

On December 12, 2007, Defendants jointly filed a request for permission to submit all billing entries under seal. This Court ordered Defendants to file supplemental briefs to specify the amount of attorneys' fees requested as to Plaintiff Charlotte-Marie Hogan ("Ms. Hogan") only, accompanied by the reasons for the request. (Doc. 327). Defendants contend that the billing entries contain attorney-client privileged material and/or constitute work product. They contend further that redaction would be impractical because: (1) the volume is so great and (2) the Court would not have an understanding of the amount of fees necessary if the entries were redacted. Additionally, Defendants assert that no prejudice would result, since Ms. Hogan has not opposed the motion.

On the basis of good cause, Defendants' joint request to file billing entries under seal is GRANTED.

IT IS SO ORDERED.

**Dated:   December 13, 2007**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1