IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, et al., | CASE NO. CV-F-03-6408 LJO GSA |
| Plaintiffs, | **ORDER ON ATTORNEYS' FEES AWARD** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. / | |

Having reviewed the supplemental declarations filed by Defendants Detective Robinson and County of Fresno ("County Defendants") and Patricia Towne ("Ms. Towne") (collectively "Defendants"), and having considered the applicable legal standards as discussed in this Court's December 21, 2007 Order on Defendants' Motions for Attorneys' Fees, the Court finds that Defendants did not "give a specific accounting or reasonable figures" in their attorneys' fee request, as ordered by this Court. (See December 21, 2007 Order, p. 10). The Court notes further that Defendants failed to submit evidence in support of their requested figures and failed to discuss what efforts may have been duplicated for previously-filed motions. Therefore, this Court finds that the sum of $7500 is a reasonable attorneys' fees award for the motions for summary judgment and motion for attorneys' fees as to Plaintiff Charlotte-Marie Hogan. Accordingly, this Court:

1. AWARDS County Defendants $7500 in attorneys' fees as against Plaintiff Charlotte-Marie Hogan; and

2. AWARDS Ms. Towne's $7500 in attorneys' fees as against Plaintiff Charlotte-Marie Hogan.

IT IS SO ORDERED.

**Dated:   January 11, 2008**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE