1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KATHRYN HOGAN, et al.,                    CASE NO. CV-F-03-6408 LJO GSA

12                         Plaintiffs,          **ORDER TO AMEND BILLS OF COSTS**
                    vs.                         (Docs. 341, 342)
13
     FRESNO COUNTY SHERIFF'S
14   DEPUTY MICHAEL ROBINSON,
     et al.,
15
                         Defendants.
16   _____/

17          On August 29, 2007, judgment was entered in the above-entitled action against plaintiff Kathryn

18   Hogan and in favor of defendants County of Fresno and Michael Robinson (collectively "County

19   Defendants") and Patricia Towne ("Ms. Towne").  On September 7, 2007, pursuant to Fed. R. Civ. P.

20   54 , County Defendants and Ms. Towne filed Bills of Costs as to Kathryn Hogan. (Docs. 256 and 257.)

21          On October 10, 2007, judgment was entered against plaintiff Charlotte-Marie Hogan in favor of

22   County Defendants and Ms. Towne.  On October 19, 2007, County Defendants re-submitted the

23   previously-filed Bill of Costs in full, substituting Charlotte-Marie Hogan as the named plaintiff on the

24   form.  (Doc. 313.)  Along with the Bill of Costs as to Charlotte-Marie Hogan, counsel for County

25   Defendants filed a memorandum to explain that "County defendants are not seeking double payment of

26   their costs.  Rather, it is that County defendants position that they are entitled to recover against both

27   Kathryn and Charlotte-Marie Hogan." (Doc. 315.) On October 23, 2007, Ms. Towne re-submitted the

28   previously-filed Bill of Costs in full, substituting Charlotte-Marie Hogan as the named plaintiff on the

                                                  1

1  form. (Doc. 316.)

2      On February 26, 2008, the clerk of court taxed costs in the amount of $13,580.50 in favor of

3  County Defendants and against Charlotte-Marie Hogan. (Doc. 341.) On February 28, 2008, costs were

4  taxed in the amount of $28,744.19 in favor of Ms. Towne and against Charlotte-Marie Hogan. (Doc.

5  342.)  The clerk of court has not taxed costs against plaintiff Kathryn Hogan.

6      Plaintiffs Charlotte-Marie Hogan and Kathryn Hogan are jointly and severally liable for the

7  amount of costs taxed by the clerk of court on February 26, 2008 and February 28, 2008.  *See In re Paoli*

8  *Railroad Yard PCB Litigation*, 221 F.3d 449, 469 (3d Cir. 2000) (default cost apportionment rule is the

9  imposition of the full amount of costs jointly and severally among the non-prevailing parties).

10 Accordingly, this Court:

11     1.     AMENDS the February 26, 2008 Bill Of Costs in the amount of $13,580,50 in favor of

12            defendants County of Fresno and Michael Robinson (Doc. 341) to INCLUDE **"and on**

13            **August 29, 2007 against plaintiff Kathryn Hogan,"** to be inserted  in the first line after

14            the caption, after "Charlotte-Marie Hogan" and before "the Clerk is requested"; and

15     2.     AMENDS the February 26, 2008 Bill Of Costs in the amount of $28,744.19 in favor of

16            defendant Patricia Towne (Doc. 342) to INCLUDE **"and on August 29, 2007 against**

17            **plaintiff Kathryn Hogan,"** to be inserted  in the first line after the caption, after

18            "Charlotte-Marie Hogan" and before "the Clerk is requested";

19     3.     TERMINATES the outstanding bills of costs as to Kathryn Hogan (Docs. 256 and 257);

20            and

21     4.     INCORPORATES this amendment into taxed costs included in the August 29, 2007 and

22            October 10, 2007 judgments.

23

24

IT IS SO ORDERED.

25

**Dated:    March 5, 2008                              /s/ Lawrence J. O'Neill**

26                                                  UNITED STATES DISTRICT JUDGE

27

28