# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HOGAN, *et al.*, | CASE NO. CV-F-03-6408 LJO WMW |
| Plaintiffs, | **COURT'S RESPONSE TO MARCH 16, 2009 DECLARATION** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY MICHAEL ROBINSON, et al., | |
| Defendants. | |

This Court received and reviewed the declaration of Kevin Little ("Mr. Little"), filed on March 16, 2009 (Doc. 344). As Mr. Little acknowledges in his declaration, he is not counsel of record and has no authority to request relief in this matter. With no motion pending, this Court has no authority to act on the details described in Mr. Little's declaration. Fed. R. Civ. P. 60. Accordingly, this Court shall take no action based on this declaration.

IT IS SO ORDERED.

**Dated: March 17, 2009**             /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1